AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

## Southern District of Illinois

**FILED**

UNITED STATES OF AMERICA

v.

Brian S. Johnson

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No.  06CR40025-001-JPG

USM No.  06849-025

Melissa A. Day, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    as alleged below    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offenses of DUI, et al. | 07/19/2012 |
| Statutory | The defendant illegally possessed cocaine | 10/31/2009 |
| Standard # 2 | The defendant failed to submit monthly reports timely | 10/30/2011 |
| Standard # 7 | The defendant used alcohol to excess | 07/19/2012 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  5469

Defendant's Year of Birth:    1968

City and State of Defendant's Residence:
McLeansboro, IL 62859

08/23/2012
_____
Date of Imposition of Judgment

_____
Signature of Judge

J. Phil Gilbert                    District Judge
_____
Name and Title of Judge

08/27/2012
_____
Date

AO 245D   Case 4:06-cr-40025-JPG   Document 70   Filed 08/28/12   Page 2 of 3   Page ID #157
(Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: Brian S. Johnson
CASE NUMBER: 06CR40025-001-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 9 | The defendant associated with a convicted felon without permission | 05/14/2010 |
| Special | The defendant used alcohol | 07/19/2012 |
| Special | The defendant used alcohol while enrolled in substance abuse counseling | 01/08/2011 |

Judgment — Page    3    of    3

DEFENDANT: Brian S. Johnson
CASE NUMBER: 06CR40025-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

12 months and 1 day

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL